■ The People of the State of New York, Respondent, v Jorge Melgarego, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered June 18, 1984, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions on appeal with respect to the sufficiency of the plea allocution are unpreserved for appellate review (see, CPL 470.05 [2]; *People v Pellegrino,* 60 NY2d 636). In any event, the record of the allocution establishes that the defendant knowingly, voluntarily and intelligently pleaded guilty (see, *People v Harris,* 61 NY2d 9; *People v Nixon,* 21 NY2d 338, *cert denied sub nom. Robinson v New York,* 393 US 1067). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.